IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDY I. WINDFIELD, #2075290 § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:16-CV-2607-K |
| § | |
| RHONDA HUGHEY, District Clerk § | |
| Kaufman County, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections on December 12, 2016, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' objections filed on December 12, 2016, are OVERRULED.

The Clerk is DIRECTED to mail a copy of the *Notice of Seizure and Intended Forfeiture,* Doc. 13 at 4, to Plaintiff per his request since it is his only copy.

SO ORDERED

Signed December 14th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE